IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| THOMAS JAMES MAHONE, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:15-CV-180-CDL |
| MIDTOWN MEDICAL CENTER, *et al.*, | * | |
| Defendants, | * | |

ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 24, 2017, is hereby approved, adopted, and made the Order of the Court. The objections of the Plaintiff to the Report and Recommendation have been considered and are found to be without merit. This order disposes of all of Plaintiff's federal claims and denies all pending motions, and the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Those state law claims are therefore dismissed without prejudice. Accordingly, nothing remains pending in this action.

SO ORDERED this September 27, 2017.

s/Clay D. Land
CLAY D. LAND, CHIEF
UNITED STATES DISTRICT JUDGE