IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

THOMAS JAMES MAHONE,   *

  Plaintiff,    *

vs.        *  CASE NO. 4:15-CV-180 (CDL)

MIDTOWN MEDICAL CENTER, *et al.*, *

  Defendants.   *

_____

O R D E R

   After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 5, 2018 is hereby approved, adopted, and made the Order of the Court.

   The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.[1]

   IT IS SO ORDERED, this 11th day of January, 2019.

          S/Clay D. Land
          _____
          CLAY D. LAND
          CHIEF U.S. DISTRICT COURT JUDGE
          MIDDLE DISTRICT OF GEORGIA

_____

[1] Plaintiff contends the Magistrate Judge lacked authority to issue an order denying his Rule 11 motion. Pretermitting whether the Magistrate Judge lacked jurisdiction to issue a dispositive ruling on that motion, the Court has reviewed that motion de novo and concludes that it lacks merit. Accordingly, Plaintiff's motion for Rule 11 sanctions is denied.